USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREAS M. LAN

Plaintiff,

- against -

NURTURE LIFE, INC.,

Defendant.

**26 Civ. 4878 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A Complaint in the above-captioned matter was filed on June 10, 2026. (Dkt. No. 3.) Defendant filed an Answer to the Complaint on August 14, 2026. (Dkt. No. 10.)

Accordingly, the parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the

Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: 19 August 2026
New York, New York

Victor Marrero
U.S.D.J.